# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

August 31, 2005

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA  19106

Re: Nathan E. Jacobs
v. Michigan, et al.
No. 05-6121
(Your No. 04-4545)

*03-CV-00190 WE*

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 18, 2005 and placed on the docket August 31, 2005 as No. 05-6121.

Sincerely,

**William K. Suter**, Clerk

by

Gail Johnson
Case Analyst