# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 11, 2005

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA  19106


    Re:  Nathan E. Jacobs
           v. Michigan, et al.
           No. 05-6121
           (Your No. 04-4545)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.


Sincerely,

**William K. Suter**, Clerk